UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

LITITA HINSON, as Personal Representative
Of the Estate of RICHARD HASTON, deceased,

    Plaintiff,

v.

JAMES WARREN, in his individual capacity, and
WILLIAM D. SNYDER, as SHERIFF of
MARTIN COUNTY SHERIFF'S OFFICE,

    Defendants.
_____/

## NOTICE OF REMOVAL

The Defendant, WILLIAM D. SNYDER, Sheriff of Martin County, Florida, through his undersigned counsel, pursuant to Title 28 U.S.C. §1441, hereby files this Notice of Removal of this action from the Circuit Court of the Nineteenth Judicial Circuit, in and for Martin County, Florida, where the same is now pending as Case No. 2014CA001137CAAXMX, to the United States District Court, Southern District of Florida, and in support thereof would allege as follows:

    1.    That the Defendant has retained the law offices of Purdy, Jolly & Giuffreda, P.A., to represent the Defendant WILLIAM D. SNYDER, Sheriff of Martin County, Florida.

    2.    That this action was commenced by the Plaintiff LITITA HINSON, as Personal Representative of the Estate of Richard Haston, deceased, and is now pending in the Circuit Court of the Nineteenth Judicial Circuit, in and for Martin County,

-1-

Florida. Copies of the Third Amended Complaint and Order on Plaintiff's Motion for Leave to File Third Amended Complaint issued December 20, 2016, filed and served upon the Defendant are attached hereto as Composite Exhibit "A."

3. That the Plaintiff's Third Amended Complaint contains claims which are brought pursuant to 42 U.S.C. §1983; specifically in Counts II, III and IV the Plaintiff seeks damages from Defendants WILLIAM D. SNYDER and JAMES WARREN alleging violation of the Plaintiff's rights as guaranteed by the Fourth and Fourteenth Amendments of the United States Constitutional.

4. That the claims raised in the Third Amended Complaint require determination of alleged violations of constitutionally protected rights under the United States Constitution.

5. That the Third Amended Complaint also contains state tort claims stemming from the same nucleus of operative fact which are alleged to constitute a violation of the United States Constitution.

6. That this Court has original jurisdiction of this civil action under Title 28, U.S.C. §§1331 and 1343, and this cause is therefore properly removed pursuant to Title 28, U.S.C. §§1441 and 1446. The state tort claims are removable pursuant to Title 28, U.S.C. §1441(c).

7. That Title 28 U.S.C. §1446(b) provides that removal must be filed within thirty days after receipt by the Defendant of the initial pleading setting forth the claim for relief. As a result, this Notice of Removal is timely filed.

8. That all Defendants consent to and join in the removal of this matter. At such time as the Defendant Warren is served with process in this matter a Consent to Removal will be filed supplementing this Notice.

**WHEREFORE**, the Defendants, WILLIAM D. SNYDER, Sheriff of Martin County, Florida, and JAMES WARREN, through their undersigned attorneys, respectfully request that this matter be removed and that this Honorable Court grant such other and additional relief as is otherwise proper.

I HEREBY CERTIFY that a copy of the foregoing has been filed with the Clerk of Court via CM/ECF, which will send a copy via e-mail to Stuart N. Kaplan, Esquire, and Gregory S. Sconzo, Esquire, Kaplan, Sconzo & Parker, P.A., attorneys for Plaintiff, 3399 PGA Boulevard, Suite 150, Palm Beach Gardens, Florida 33410 (skaplan@ksplaw.com; gsconzo@ksplaw.com and jwise@ksplaw.com) and Bruce R. Bogan, Esquire, Hilyard, Bogan & Palmer, P.A., attorneys for Defendant Warren, P.O. Box 4973, Orlando, FL 32802-4973 (bbogan@hilyardlawfirm.com, tsmith@hilyardlawfirm.com. and lduclos@hilyardlawfirm.com.) this **18th** day of January, 2017.

                                          PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
                                          Attorneys for Defendant SHERIFF
                                          2455 East Sunrise Boulevard, Suite 1216
                                          Fort Lauderdale, Florida 33304
                                          Telephone (954) 462-3200
                                          Telecopier (954) 462-3861
                                          E-mail: bruce@purdylaw.com
                                                      susie@purdylaw.com

                                          BY___ */s/ Bruce W. Jolly*_____
                                               BRUCE W. JOLLY
                                             Fla. Bar No. 203637